1  MARC J. FAGEL (Cal. Bar No. 154425)
   SUSAN F. LA MARCA (Cal. Bar No. 215231)
2  JEREMY E. PENDREY (Cal. Bar No. 187075)

3  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
4  44 Montgomery Street, Suite 2600
   San Francisco, California  94104
5  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.:1:07-01251-OWW-GSA |
| Plaintiff, | **ORDER GRANTING SECURITIES AND EXCHANGE COMMISSION'S REQUEST TO CONTINUE SCHEDULING CONFERENCE** |
| vs. | |
| FACEPRINT GLOBAL SOLUTIONS, INC.; and PIERRE COTE, | |
| Defendants. | |

## ORDER GRANTING MOTION TO CONTINUE

The Securities and Exchange Commission has filed a request, pursuant to Local Rule 6-144(d), for a continuance of the December 13, 2007 Scheduling Conference, for at least 30 days. This Court, having read and considered the Commission's papers and any responses thereto, and good cause appearing therefrom, hereby grants the Commission's motion.

IT IS HEREBY ORDERED:

The Scheduling Conference previously scheduled for December 13, 2007 is hereby continued until February 8, 2008.

Dated: December 5, 2007    /s/ OLIVER W. WANGER
　　　　　　　　　　　　　　Judge Oliver W. Wanger
　　　　　　　　　　　　　　United States District Court